## Commonwealth ex rel. Hamilton, Appellant, *v.* Maroney.

Submitted November 13, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Clarence Hamilton,* appellant, in propria persona.

*Harry W. Gent, Jr.,* District Attorney, for appellee.

OPINION PER CURIAM, December 13, 1962:

This is an appeal from the order of the court below refusing the appellant's eighth petition for a writ of habeas corpus, six of which were filed in the state courts and two in the federal courts. For opinions on two of appellant's cases see *Commonwealth ex rel. Hamilton v. Cavell,* 188 Pa. Superior Ct. 161, 146 A. 2d 373 (1958) and *United States of America ex rel. Clarence Hamilton v. James Maroney, Warden, Western Penitentiary,* 184 F. Supp. 721 (1960).

The order of the court below refusing the writ is affirmed on the opinion of President Judge WILLIAM E. BREENE reported in 28 Pa. D. & C. 2d 564.